IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**                                                                               **PLAINTIFF**
ADC #131042

v.                                  Case No. 4:22-cv-00155-LPR

**ARKANSAS DIVISION OF CORRECTION,** *et al.*                      **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations ("PFR") from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. (Docs. 8, 10). After a careful and *de novo* review of the PFR, objections, and record, the Court adopts the PFR in its entirety.[1]

Accordingly, the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of May 2022.

                                                                           _____
                                                                           LEE P. RUDOFSKY
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] As if to highlight the lack of imminent danger in this case, Mr. Scott is not seeking any type of injunctive relief. His detailed relief requests focus solely on compensatory damages, punitive damages, expenses and attorney's fees, and criminal prosecution of the Defendants. *See* Doc. 1 at pp. 9–11 of 38.