IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEVERICK SCOTT**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #131042**

v.　　　　　　　　　　　　Case No. 4:22-cv-00155-LPR

**ARKANSAS DIVISION OF CORRECTION,** *et al.*　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the claims against Defendants are dismissed without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE